

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00831-CR

Douglas Oneil **BARNES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR13-001
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 19, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice